**2003–1829.   State v. Gambrel.**

Miami App. No. 2000CA29. Reported at 100 Ohio St.3d 1505, 2003-Ohio-6161, 799 N.E.2d 185. On motion for reconsideration. Motion denied.